IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:14-CR-32 |
| | ) | |
| MIRANDA BRAKELY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the "Plea Agreement," filed by the Government as to Defendant, Miranda Brakely, on January 19, 2016, in the above-captioned case (DE #90).

This matter was referred to Magistrate Judge Paul R. Cherry for report and recommendation (DE #93). The Magistrate Judge held a change of plea hearing on January 20, 2016. The Magistrate Judge found that Miranda Brakely knowingly and voluntarily entered into a plea agreement as to Count I of the Indictment, and recommended that the district court accept the plea. (DE ## 98, 103.)

More than 14 days have passed and Defendant has not filed any objection to the Report and Recommendation. Fed. R. Civ. P. 72(b)(2); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, Defendant has waived her right to challenge the report and recommendation.

Accordingly, the Court now **ADOPTS** those findings and recommendations (DE #103), **ACCEPTS** the guilty plea of the Defendant, and **FINDS** the Defendant guilty of Count I of the Indictment.

Sentencing will be set by the Court under separate cover.


**DATED:   February 18, 2016**         **/s/ James T. Moody, Judge**
                                       **United States District Court**